**92–1681.** In re Fleegle. *Hancock County,* No. 5–92–3.

**92–1683.** State v. Ward. *Cuyahoga County,* No. 60068.
WRIGHT, J., dissents.

**92–1689.** Thames v. Asia's Janitorial Serv., Inc. *Lucas County,* No. L–91–180.
MOYER, C.J., and HOLMES, J., dissent.
RESNICK, J., not participating.

**92–1693.** Trussell v. Masco Indus., Inc. *Carroll County,* No. 610.
DOUGLAS, J., dissents.

**92–1694.** Columbus Dept. of Dev. v. Harambee Uhuru School, Inc. *Franklin County,* No. 91AP–1170.
H. BROWN, J., not participating.

**92–1696.** Buckeye Gypsum, Inc. v. Martin. *Franklin County,* No. 91AP–1323.

**92–1703.** Shafron Ent. Defined Benefit Pension Plan v. Midland Title Security, Inc. *Cuyahoga County,* No. 60922.

**92–1713.** Vassil v. Able Fence & Guardrail, Inc. *Cuyahoga County,* No. 60757.
H. BROWN, J., dissents.

**92–1722.** State v. Hunter. *Delaware County,* No. 91–CA–24.
DOUGLAS and RESNICK, JJ., dissent.

**92–1723.** Empire–Detroit Steel Div., Cyclops Corp. v. Westinghouse Elec. Corp. *Richland County,* No. CA–2903.

**92–1733.** State v. Hunsaker. *Auglaize County,* No. 2–90–21.

**92–1735.** Burick v. Nationwide Ins. Co. *Stark County,* No. CA–8542.
HOLMES and WRIGHT, JJ., dissent.

**92–1736.** Akron–Canton Waste Oil Co. v. Safety–Kleen Oil Serv., Inc. *Summit County,* Nos. 15230 and 15298. (Notice of appeal of Akron/Canton Waste, cross-appeal by Safety–Kleen, and second cross-appeal by Grote.)
HOLMES, DOUGLAS and WRIGHT, JJ., dissent.

**92–1738.** State ex rel. Ney v. Maloney. *Hamilton County,* Nos. C–910151 and C–910152. (Notice of appeal by DeCourcy and second notice of appeal by Grote.)
MOYER, C.J., HOLMES and H. BROWN, JJ., dissent.

**92–1739.** Allgire v. Allstate Ins. Co. *Franklin County,* No. 91AP–1473.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1752.** Walton v. Ohio Dept. of Rehab. & Corr. *Franklin County,* No. 91AP–935.
HOLMES and WRIGHT, JJ., dissent.

**92–1766.** Belonsky v. Kennamer. *Hamilton County,* No. C–910401.

**92–1769.** Garfield Hts. School Dist. v. State Bd. of Edn. *Franklin County,* No. 91AP–1120.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–1770.** Landis v. Hunt. *Franklin County,* No. 91AP–1337.
RESNICK, J., not participating.

**92–1771.** Williams v. State Farm Mut. Ins. Co. *Montgomery County,* No. CA 13242.

**92–1772.** Solon Chamber of Commerce v. Women's Gen. Hosp. *Cuyahoga County,* Nos. 60523 and 60621.

**92–1778.** Cincinnati Equitable Ins. Co. v. Ott. *Mahoning County,* No. 92 C.A. 5.
DOUGLAS and WRIGHT, JJ., dissent.

**92–1779.** Toms v. Ohio Unemp. Comp. Bd. of Review. *Clark County,* No. 2872.